# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand and fifteen.

Before:     Richard C. Wesley,
                  *Circuit Judge*.

_____

  United States of America,
    Appellee,

  v.                                        **ORDER**
                                                                       Docket No. 14-4049

  Christina Maria Berrio Restrepo, AKA Christina
  Maria Berrio-Restrepo, AKA Christina Berrio, AKA
  Manuela Berrio-Gallo, *et al.*,
    Defendants,

  Gloria Luz Gomez De Cavides,
    Defendant-Appellant.

_____

In February 2015, this Court denied without prejudice attorney Manuel Ortega's motion to be relieved as counsel to Appellant, ordering Ortega to file a renewed motion complying with Local Rule 4.1(d) or a motion and brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Ortega was later directed to respond to the Government's motion to dismiss this appeal. Ortega has not filed a renewed motion, responded to multiple calls placed by the Clerk's Office, or otherwise communicated with the Court.

Ortega is hereby ordered to show cause why he should not be sanctioned for his conduct in this appeal. Ortega's written response must be filed on or before August 10, 2015. Ortega is further ordered to appear in person for a hearing on the order to show cause to be held during the week of August 17, 2015.

                                                        For the Court**:**
                                                        Catherine O'Hagan Wolfe,
                                                       Clerk of Court

