# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand fifteen.

Present:
    José A. Cabranes,
    Robert D. Sack,
    Richard C. Wesley,
        *Circuit Judges*.

United States of America,

    Appellee,

v.

Christina Maria Berrio Restrepo, *et al.*,    14-4049

    Defendants,

Gloria Luz Gomez De Cavides,

    Defendant-Appellant.

In re Manuel Ortega,

    Attorney.    **ORDER OF GRIEVANCE PANEL**

By order dated July 27, 2015, Manuel Ortega was directed to show cause why he should not be sanctioned for failing to respond to orders of this Court and multiple telephone calls placed by the Clerk's Office. He also was directed to appear in person for a hearing on the July 2015 order. The deadlines for Ortega's response and the hearing expired in August 2015. Ortega never responded to the July 2015 order or appeared for the hearing, and was relieved as counsel for Appellant. Although Ortega is not a member of this Court's bar, he represented the Appellant pursuant to this Court's Local Rule 4.1(a).

Upon due consideration of Ortega's conduct in this appeal and his failure to comply with the July 2015 order, it is hereby ORDERED that, pending final disposition of this disciplinary matter, Ortega is BARRED from the practice of law before this Court (aside from representing himself), including the drafting of any paper intended for filing in this Court or any other legal services for a case in this Court. *See In re Kilduff*, 414 F. App'x 338, 340 (2d Cir. 2011) (holding that interim suspension may be appropriate where attorney has failed to respond to an order to show cause why he should not be disciplined).

Any response by Ortega to the present order must be in the form of a detailed declaration made under penalty of perjury, and must include:

> (a) a complete list of all cases in this Court in which he is, or was, counsel of record or performing legal services for any litigant (which is to be updated with any additional cases in which he begins providing legal services after the filing of the initial list required by this clause);
>
> (b) a complete list of all bars of which he is a member, including all bar numbers and other bar identification information, and a statement of whether he is in good standing with each identified bar;
>
> (c) a statement of whether he has been disbarred, suspended, reprimanded, or otherwise disciplined by any bar or court and, if so, a copy of each document imposing such a disciplinary measure must be attached to the declaration;
>
> (d) a statement of whether, aside from any document listed in response to clause (c), he has ever been ordered by any court or bar disciplinary authority to show cause why he should not be disciplined and, if so, a copy of each such order, and any response to each such order, must be attached to the declaration; and
>
> (e) an explanation for all of the conduct discussed in this order and the July 2015 order, including a discussion of whether any clients or other persons were prejudiced in any way by that conduct.

The Clerk of Court is directed to serve a copy of this order on Ortega, the attorney disciplinary committees for the New York State Appellate Division, Second Department, and the United States District Courts for the Southern and Eastern Districts of New York, and all other courts and jurisdictions to which this Court distributes disciplinary decisions in the ordinary course.

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk

*[signature: Catherine O'Hagan Wolfe — seal: United States Court of Appeals, Second Circuit]*